IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: HARRY LEE RICHARDSON, III
    and CATHITA RICHARDSON                                                    DEBTOR
                                                                                     CASE NO. 17-13662-JDW
                                                                                                   CHAPTER 13
FIDELITY BANK                                                                         CREDITOR

## MOTION FOR ADEQUATE PROTECTION

COMES NOW Fidelity Bank (Fidelity), by counsel, and moves the Court to order adequate protection payments as follows:

1.    Fidelity holds a secured claim covering a 2013 Kia Optima EX vehicle bearing VIN 5XXGN4A74DG104627.

2.    Pursuant to 11 U. S. C. § 1326(a)(1)(C), Debtor(s) is to pay adequate protection payments to Fidelity beginning no later than thirty (30) days after the order for relief. Debtor(s) has not paid and Fidelity has not received adequate protection payments. Debtor(s) should be required to pay adequate protection payments to Fidelity.

WHEREFORE, Fidelity moves the Court to order adequate protection payments as aforesaid; and Fidelity requests such other relief to which it may be entitled in the premises.

                                                  Respectfully submitted,

                                                  FIDELITY BANK

                    by:    /s/Olivia Spencer, Its Attorney

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #104439
spencer@kingandspencer.net

## CERTIFICATE OF SERVICE

I, Olivia Spencer, Attorney for Fidelity Bank do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing "Motion for Adequate Protection" to:

>Selene D. Maddox, Esq.
>sdmaddox63@gmail.com
>ATTORNEY FOR DEBTOR
>
>Henry J. Applewhite
>happlewhite@applewhitelaw.com
>TRUSTEE
>
>Henry G. Hobbs, Jr.
>USTPRegion05.JA.ECF@usdoj.gov
>U.S. TRUSTEE

SO CERTIFIED this the 16th day of October 2017.

>/s/Olivia Spencer

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS  39205
PHONE:  601-948-1547, MB #104439
spencer@kingandspencer.net